UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert A. Kirsch |
| | : | |
| v. | : | Crim. No. 24-CR-446 |
| Mark Silber | : | |
| | : | **WAIVER OF INDICTMENT** |

      I, Mark Silber, the above-named defendant, who is charged with Conspiracy to Commit Wire Fraud Affecting a Financial Institution, in violation of 18 U.S.C. 371, being advised of the charge, the proposed Information, and my rights, hereby waive in open court on  July 9, 2024 , prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

 

_____
Mark Silber
Defendant

_____
Richard Weber, Esq.
Counsel for Defendant

Before: _____
HONORABLE Robert A. Kirsch
United States District Judge