UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE**: TRENTON                                         **DATE**: JULY 9, 2024

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL

**TITLE OF CASE:**                                          **CIVIL NO. 24-CR-446 (RK)**

UNITED STATES OF AMERICA
v.
MOSHE SILBER (aka MARK SILBER)
    DEFENDANT PRESENT

**APPEARANCES:**
Babasijibomi Moore, AUSA for the Government
Lars Hansen, Special Agent
Richard Weber, Esq., John Mitchell, Esq., Jerome Ballarotto, Esq. and David Kolansky, Esq., counsel for Defendant
Nailah Green, Pretrial Services

**NATURE OF PROCEEDINGS**: INITIAL APPEARANCE AND PLEA HEARING
Ordered defendant sworn, defendant sworn.
Defendant advised of charges and penalties.
INFORMATION filed.
Waiver of Indictment executed and filed.
PLEA: GUILTY TO COUNT 1 OF INFORMATION.
Terms of plea agreement read into the record.
Rule 11 and Plea Agreement filed.
Ordered bail set at $ 100,000 unsecured bond.
Order Setting Conditions of Release to be filed.
Sentencing set for November 12, 2024.

**Time Commenced:**  1:42 p.m.
**Time Adjourned**:  2:35 p.m.
**Total Time**:  53 minutes

                                            s/ *Patricia Markey*
                                            COURTROOM DEPUTY