

Eric T. Kanefsky, Senior Partner
862.772.8149   eric@ck-litigation.com

September 19, 2024

**VIA ECF**
Hon. Robert Kirsch, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: *United States v. Moshe Silber*, Criminal No. 3:24-cr-00446-RK

Dear Judge Kirsch:

  In connection with the above-referenced matter, attached please find an Application and Proposed Order Modifying Conditions of Release to Permit One-Time Holiday Travel and to Clarify That Mr. Silber May Use Credit Cards. The basis for the application—to which the Government and Pretrial Services (DNJ) have consented—is set forth therein. Thank you for your consideration of this request.

           Respectfully,

           */s/ Eric T. Kanefsky*
           Eric T. Kanefsky, Esq.

c: Todd Jones, Pretrial Services Officer (DNJ) (by email)
  Babasijibomi Moore, AUSA (by email and ECF)
  All counsel of record (by ECF)

Enclosure

ck-litigation.com   862.397.1796   862.902.5458

One Newark Center
1085 Raymond Blvd., 14th Floor
Newark, NJ 07102
*Preferred Mailing Address*

85 Broad Street
Suite 17031
New York, NY 10004