

Eric T. Kanefsky, Senior Partner
862.772.8149  eric@ck-litigation.com

November 11, 2024

**Via CM/ECF**

Hon. Robert Kirsch, U.S.D.J.
Clarkson S. Fisher Federal Building and
  United States Courthouse
402 E. State Street
Trenton, New Jersey 08608

>   Re:   *United States v. Moshe Silber*
>         Case No. 3:24-cr-00446-RK
>         **REQUEST FOR ADJOURNMENT OF EVIDENTIARY HEARING**

Dear Judge Kirsch:

This firm represents Defendant Moshe Silber. We write to respectfully request a brief adjournment of the evidentiary hearing concerning the loss amount currently scheduled for Monday, November 18, 2024. We make this request—in which Defendant Frederic Schulman joins and to which the Government takes no position—for compelling reasons.

First and foremost, witnesses we intend to present to rebut the Government's position concerning the loss amount and prove that no loss has resulted from Mr. Silber's offense conduct are unavailable on November 18.

In addition, given that the hearing has been scheduled for a two-hour window and the Government intends to present its own witnesses, we intend to file a written submission two weeks in advance of the new hearing date that details for the Court the salient facts, the relevant authority, and opinions and analyses of our experts to bring focus to the key points in dispute and streamline the in-person testimony and argument.

Considering that the sentencing hearings for Messrs. Silber and Schulman were adjourned *sua sponte* from December 3, 2024 to January 2, 2025, there will be no prejudice or delay if this request is granted.

As of now, all our witnesses are all available to appear on December 4, 2024, but we will, of course, do whatever we can to accommodate the Court's availability on other dates in early to mid-December.

Thank you for your anticipated courtesies in this regard.

                                                Respectfully submitted,

                                                Eric T. Kanefsky, Esq.,
                                                Calcagni & Kanefsky LLP

cc: Counsel of Record (via CM/ECF)