# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON  **DATE**: NOVEMBER 13, 2024

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL

**TITLE OF CASE**:  **DOCKET NO.**
UNITED STATES OF AMERICA.
v.
MOSHE SILBER (DEFENDANT NOT PRESENT)   24-CR-446-01 (RK)
FREDERICK SCHULMAN (DEFENDANT NOT PRESENT)   24-CR-497-01 (RK)

**APPEARANCES**:
Babasijibomi Moore, AUSA for the Government
Eric Kanefsky, Esq., counsel for Defendant (24-CR-446)
Justin Weitz, Esq. and Sandra, Moser, Esq., counsel for Defendant (24-CR-497)

**NATURE OF PROCEEDINGS**:
Telephone Conference held.
Order to be issued.

**Time Commenced:** 4:33 p.m.
**Time Adjourned**: 5:08 p.m.
**Total Time**: 35 minutes

s/ *Patricia Markey*
DEPUTY CLERK