**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOSHE SILBER | Criminal Case No. 24-00446 (RK) |
| UNITED STATES OF AMERICA<br><br>v.<br><br>FREDRICK SCHULMAN | Criminal Case No. 24-00497 (RK) |

## SCHEDULING ORDER

**THIS MATTER** comes before the Court following a teleconference with counsel for all parties on November 13, 2024. For the reasons set forth at the teleconference,

**IT IS** on this 18th day of November, 2024,

**ORDERED** that briefing by Defendant Silber on the issue of loss calculation is due by **December 5, 2024 at 12 p.m. ET**;

**ORDERED** that briefing by Defendant Schulman on the issue of loss calculation is due by **December 5, 2024 at 12 p.m. ET**;

**ORDERED** that briefing in response by the Government on the issue of loss calculation is due by **December 10, 2024 at 12 p.m. ET**;

**ORDERED** that a sentencing memorandum from the Government with respect to the sentencing of Defendant Silber is due by **December 10, 2024 at 12 p.m. ET**;

**ORDERED** that a sentencing memorandum from the Government with respect to the sentencing of Defendant Schulman is due by **December 10, 2024 at 12 p.m. ET**;

**ORDERED** that a sentencing memorandum in response from Defendant Silber is due by **December 13, 2024 at 12 p.m. ET**;

**ORDERED** that a sentencing memorandum in response from Defendant Schulman is due by **December 13, 2024 at 12 p.m. ET**;

**ORDERED** that the sentencing of Defendant Silber is set for **Thursday, December 19, 2024 at 10 a.m. ET** in Trenton – Courtroom 4E before Judge Robert Kirsch, with the possibility it may be moved to January 7, 2025 or later that same week upon notification by the Court; and

**ORDERED** that the sentencing of Defendant Schulman is set for **Thursday, December 19, 2024 at 1 p.m. ET** in Trenton – Courtroom 4E before Judge Robert Kirsch, with the possibility it may be moved to January 7, 2025 or later that same week upon notification by the Court.

_____
ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE