UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert Kirsch |
| v. | : | Crim. No. 24-446 |
| MOSHE SILBER | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that PHILIP R. SELLINGER, United States Attorney for the District of New Jersey, by Martha Nye, Martha.Nye@usdoj.gov, Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

PHILIP R. SELLINGER
United States Attorney

*/s/ Martha K. Nye*

By: Martha K. Nye
Assistant U.S. Attorney

Dated: November 19, 2024