

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*402 East State Street, Room 430*   *609-989-2190*
*Trenton, New Jersey 08608*

January 2, 2025

Hon. Robert Kirsch
United States District Judge
Clarkson S. Fisher Federal Bldg.
& United States Courthouse
402 East State Street, Rm. 4W
Trenton, NJ 08608

  Re: United States v. Moshe Silber, Crim. No. 24-446 (RK); United States v. Fredrick Schulman, Crim. No. 24-497 (RK)

Dear Judge Kirsch:

  Please accept this letter as the Government's formal request for permission to file a brief in response to the sentencing memos submitted on December 27, 2024, in both United States v. Moshe Silber, Crim. No. 24-446 (RK) and United States v. Fredrick Schulman, Crim. No. 24-497 (RK). If granted such permission, the Government will file such brief no later than 5 days prior to sentencing, in accordance with the Amended Standing Order 2020-01.

           Respectfully submitted,
           VIKAS KHANNA
           Attorney for the United States
           Acting under Authority Conferred
           by 28 U.S.C. § 515

       By:  s/ Siji Moore
           Siji Moore
           Trial Attorney, Fraud Section
           Fraud Section

           s/ Martha K. Nye
           Martha K. Nye
           Assistant United States Attorney
           District of New Jersey

cc: Justin Weitz, Esq.    Eric Kanefsky, Esq.
   Steven Strauss, Esq.   Kevin Musiakiewicz, Esq.
   Sandra Moser, Esq.    Luke O'Brien, Esq.