

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

---

402 East State Street, Room 430      609-989-2190
Trenton, New Jersey 08608

January 2, 2025

Hon. Robert Kirsch
United States District Judge
Clarkson S. Fisher Federal Bldg.
& United States Courthouse
402 East State Street, Rm. 4W
Trenton, NJ 08608

    Re:    United States v. Moshe Silber, Crim. No. 24-446 (RK); United States v. Fredrick Schulman, Crim. No. 24-497 (RK)

Dear Judge Kirsch:

    Please accept this letter as the Government's formal request for permission to file a brief in response to the sentencing memos submitted on December 27, 2024, in both United States v. Moshe Silber, Crim. No. 24-446 (RK) and United States v. Fredrick Schulman, Crim. No. 24-497 (RK). If granted such permission, the Government will file such brief no later than 5 days prior to sentencing, in accordance with the Amended Standing Order 2020-01.

    Respectfully submitted,
    VIKAS KHANNA
    Attorney for the United States
    Acting under Authority Conferred
    by 28 U.S.C. § 515

By:    s/ Siji Moore
    Siji Moore
    Trial Attorney, Fraud Section
    Fraud Section

    s/ Martha K. Nye
    Martha K. Nye
    Assistant United States Attorney
    District of New Jersey

**SO ORDERED**

_____
**Robert Kirsch, U.S.D.J.**
**Date:** 1/2/25

cc:    Justin Weitz, Esq.    Eric Kanefsky, Esq.
    Steven Strauss, Esq.    Kevin Musiakiewicz, Esq.
    Sandra Moser, Esq.    Luke O'Brien, Esq.