UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE**: TRENTON                                    **DATE**: JANUARY 8, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ


**TITLE OF CASE**:                                     **DOCKET NO.**
UNITED STATES OF AMERICA.
v.
MOSHE SILBER (DEFENDANT NOT PRESENT)                   24-CR-446-01 (RK)
FREDERICK SCHULMAN (DEFENDANT NOT PRESENT)             24-CR-497-01 (RK)

**APPEARANCES**:
Martha Nye, AUSA for the Government
Eric Kanefsky, Esq., counsel for Defendant (24-CR-446)
Justin Weitz, Esq. and Sandra, Moser, Esq., counsel for Defendant (24-CR-497)

**NATURE OF PROCEEDINGS**:
Telephone Conference held.
Order to be issued.



**Time Commenced:**   9:48 a.m.
**Time Adjourned**:   10:04 a.m.
**Total Time**:       16 minutes

                                              s/ *Patricia Markey*
                                                DEPUTY CLERK