DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOSHE SILBER | Criminal No. 24-446 (RK)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning defendant MOSHE SILBER.

Date: January 22, 2025          VIKAS KHANNA
                                Attorney for the United States

                         By:    *s/ Martha K. Nye*
                                MARTHA K. NYE
                                Assistant U.S. Attorney