UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**OFFICE**: TRENTON

**DATE**: JANUARY 30, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: NOT ON THE RECORD

**TITLE OF CASE**:   **DOCKET NO.**
UNITED STATES OF AMERICA
v.
MOSHE SILBER (DEFENDANT NOT PRESENT)   24-CR-446-01 (RK)
FREDERICK SCHULMAN (DEFENDANT NOT PRESENT)   24-CR-497-01 (RK)

**APPEARANCES**:
Martha Nye, AUSA and Babasijibomi Moore, AUSA for the Government
Eric Kanefsky, Esq. and Jerome Ballarotto, Esq., counsel for Defendant (24-CR-446)
Justin Weitz, Esq. counsel for Defendant (24-CR-497)

**NATURE OF PROCEEDINGS**:
Telephone Conference held.

**Time Commenced:**  11:33 a.m.
**Time Adjourned**:  12:23 p.m.
**Total Time**:  50 minutes

s/ *Patricia Markey*
DEPUTY CLERK