UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOSHE SILBER | Hon. Robert Kirsch<br><br>Crim. No. 24-446 (RK)<br><br>Order Revoking Bail and Modifying Conditions of Release |

THIS MATTER having come before the Court on the motion of the United States Attorney's Office and the Fraud Section of the Department of Justice (Martha K. Nye, Assistant United States Attorney, and Siji Moore, Trial Attorney), on notice to the defendant Moshe Silber (Eric Kanefsky, Esq.) for the revocation of bail, modification of the defendant's conditions of release and to set a date to self-surrender to the United States Marshals Service; and the defendant having previously pled guilty to a Criminal Information on July 9, 2024, and the date of defendant's sentencing still yet to be determined; and the parties acknowledging that on February 4, 2025, the Allegheny County District Attorney's Office issued a criminal complaint charging defendant Silber with seven criminal offenses (the "Allegheny Charges"); and Silber denying and intending to enter a plea of not guilty to the Allegheny Charges; and Allegheny County having issued a warrant for defendant Silber's arrest; and the parties having conferred about this change of circumstances and the application of factors as set forth in 18 U.S.C. §§ 3142 and 3148(b); and the defendant Moshe Silber having consented to the revocation of bail effective February 24, 2024 and to the modification of his conditions of release; and for good cause shown;

IT IS ORDERED this _____ day of February, 2025, that the defendant's conditions of release are hereby immediately amended to include the following new conditions:

1. The defendant must submit to home detention and comply with the program requirements as directed by Pretrial Services. The defendant shall be restricted to his residence at all times except for employment, education, religious services, medical, mental health treatment, court-ordered obligations, and any other such times specifically authorized by Pretrial Services.

2. The defendant shall be placed on location monitoring. The defendant shall arrange for the installation of all necessary equipment within 24 hours of the entry of this Order.

3. The defendant shall be permitted to attend the Bar Mitzvah of his son on February 21-22, 2025, in Tarrytown, New York. In light of his religious observance, the defendant shall depart his home at 12:00 p.m. or later on Friday, February 21, 2025, and will return home on Saturday at 9:00 p.m. or earlier on Saturday, February 22, 2025.

4. All other conditions of release are unmodified and shall remain in place until further order of the Court.

IT IS FURTHER ORDERED that defendant shall self-surrender to the United States Marshals Service at the Trenton Federal Courthouse on February 24, 2025, at 10:00 a.m., and at that time will be detained without bail until the conclusion of his criminal case, and it is further,

ORDERED, as of February 24, 2025, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the Attorney General or his authorized representative pending sentencing in the above-entitled matter; and it is further

ORDERED, as of February 24, 2025, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, as of February 24, 2025, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

                                                ROBERT KIRSCH
                                                UNITED STATES DISTIRCT JUDGE

I hereby consent to the
form and entry of this order:

s/ *Martha K. Nye*
Martha K. Nye
Assistant United States Attorney

Siji Moore
Trial Attorney


s/ *Eric Kanefsky*
Eric Kanefsky, Esq.
Attorney for Moshe Silber