# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON                                    **DATE**: MARCH 18, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ


**TITLE OF CASE**:                                    **CRIMINAL NO. 24-CR-446-1 (RK)**

UNITED STATES OF AMERICA

v.

MOSHE SILBER

    DEFENDANT PRESENT

**APPEARANCES**:

Martha Nye, AUSA and Babasijibomi Moore, AUSA for the Government

Lars Hansen, Special Agent with the Federal Housing Finance Agency Office of Inspector General

Eric Kanefsky, Esq. and Jerome Ballarotto, Esq., counsel for the Defendant

Allison Slater, U.S. Probation

**NATURE OF PROCEEDINGS**: SENTENCING ON COUNT 1 OF THE INFORMATION

Hearing regarding loss amount as to Moshe Silber (24-CR-446) and Frederick Schulman (24-CR-497).

Parties consent to loss amount.

Imprisonment: 30 months.

Supervised Release: 3 years, with special conditions.

Special Assessment: $100.

Fine: Waived.

Restitution Hearing to be scheduled.

Defendant advised of right to appeal.

Defendant remanded.


**Time Commenced:**   10:19 a.m.
**Time Adjourned**:    1:10 p.m.
**Total Time**:   2 hours 51 minutes

                                               *s/ Patricia Markey*
                                               DEPUTY CLERK