

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

*402 East State Street, Room 430*　　　　　　　609-989-2190
*Trenton, New Jersey 08608*

August 28, 2025

The Honorable Robert Kirsch
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

　　　　　Re:　*United States v. Silber*, 24-446 (RK); *United States v. Schulman*, 24-497 (RK)

Dear Judge Kirsch:

　　　The Government and defendants ("Parties") in the above cases jointly write the Court regarding the upcoming deadline to set restitution, which Your Honor previously extended until August 29, 2025. The Receiver for the Williamsburg of Cincinnati Apartments ("Williamsburg") has selected a winning bidder for the sale of the property, the period of due diligence has ended, and a Joint Motion to Confirm Sale has been set for September 4, 2025. Subject to the Ohio Court's approval, the buyer has agreed to purchase Williamsburg for $60,000,000.

　　　The Parties have been actively working on reaching a restitution obligation that takes the sale price into account, ensures the victim receives appropriate restitution related to these matters, and minimizes the issues (if any) requiring the Court's time and attention. To that end, the Parties jointly request that the Court extend the deadline to finalize the restitution order until October 4, 2025, a month following the Motion to Confirm Sale. This additional time will afford the Parties the necessary time to discuss the implications of the final sale price and agree upon the appropriate restitution figure. *See Dolan v. United States*, 560 U.S. 605 (2010) (sentencing court can order restitution beyond initial 90-day statutory deadline).

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　TODD BLANCHE
　　　　　　　　　　　　　　　　U.S. Deputy Attorney General

　　　　　　　　　　　　　　　　ALINA HABBA
　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　*/s/ Martha K. Nye*
　　　　　　　　　　　　　By:　Martha K. Nye
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Cc: Justin Weitz, Esq. (Counsel for Schulman)
　　Jerome Ballarotto, Esq. and Eric Kanefsky, Esq. (Counsel for Silber)